No. 10-7150. **Rashaan A. Hall, Petitioner v. Maryland.**

562 U.S. 1095, 131 S. Ct. 804, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9449.

December 6, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 188 Md. App. 728.

No. 10-7165. **Nancy Kovacic, Petitioner v. Cuyahoga County Department of Children and Family Services, et al.**

562 U.S. 1095, 131 S. Ct. 804, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9515.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 606 F.3d 301.

No. 10-7183. **Jerry Lavon Rayborn, Petitioner v. Mississippi.**

562 U.S. 1095, 131 S. Ct. 804, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9445.

December 6, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

No. 10-7228. **Pedro Roman, Petitioner v. Pennsylvania.**

562 U.S. 1095, 131 S. Ct. 804, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9566.

December 6, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 996 A.2d 554.

No. 10-7247. **Richard L. Martinez, Petitioner v. Kelvin Milyard, Warden, et al.**

562 U.S. 1095, 131 S. Ct. 804, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9488.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 474.

No. 10-7302. **Ramon De La Cruz-Alejo, Petitioner v. United States.**

562 U.S. 1095, 131 S. Ct. 805, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9575.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 915.

No. 10-7303. **Jamesell J. Campbell, Petitioner v. United States.**

562 U.S. 1095, 131 S. Ct. 806, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9486.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 388 Fed. Appx. 570.